district court of the United States
500 West Pike Street, Room 301
Clarksburg, WV  26301

FILED

JUN 1 0 2025

U.S. DISTRICT COURT
ELKINS WV 26241

Leonard Carroll
Stephanie Carroll
1213 cash Valley Road,
Eglon, W.V. 26716

John Doe Consumer

Consumer/ John Q Public / Plaintiff

Vs

1:25cv53

STEPTOE & JOHNSON PLLC
1000 SWISS PINE WAY,  ,
SUITE 200
MORGANTOWN, W.V 26507-1616

AMERICAN BAR ASSOCIATION
1050 Connecticut Ave. N.W. 400, Suite
Washington, D.C. 20036.

FEDERAL BAR ASSOCIATION
4250 N. Fairfax Dr., Suite 301
Arlington, VA 22203

National Bar Association
1816 12th St. NW 4th Floor
Washington, DC. 20009

WEST VIRGINA BAR ASSOCIATION
2000 DEITRICK BLVD.
CHARLESTON, WV 25311

FEDERAL BAR
3005 Lamar BLVD STE D109 #402
Austin, TX 78704-8864

SUPREME COURT OF APPEALS OF WEST VIRGINA
WEST VIRGINA  STATE BAR ASSOCIATION
WV Judicial Tower, 4700 MacCorkle Ave, SE,
9th Floor, Charleston, WV 25304.

1

ASHLEY HARDESTY ODELL
1000 SWISS PINE WAY
SUITE 200
MORGANTOWN, W.V. 26507-1616

BOWL RICE LLP
125 GRANVILLE SQUARE
SUITE 400
MORGANTOWN, WV 26505

WOODROW "BUDDY" TURNER
GAYDOS AND TURNER PLLC
17460 VETERANS MEMORIAL HIGHWAY RT.7
KINGWOODS, WEST VIRGINIA 26537

MCGUIREWOOD LLP
GATEWAY PLAZA
800 EAST CANAL STREET
RICHMOND, VA 23219-3916

STATE AND NATION-WIDE
PROFESSIONAL BUSINESS CORPORATION
Professional Service Provider/Defendants
361 MAIN STREET #2, SEGUNO, CA. 90245

## COMMERCE CLAIM

### BREACH OF BUSINESS CHARTER, BREACH OF PROFESSION BUSINESS ETHICS, BREACH OF PUBLIC TRUST, BREACH OF CONTRACT AGREEMENT BETWEEN THE DEFENDANTS AND THE JOHN Q PUBLIC

## JURISDICTION

### 28 U.S. Code § 1331 - Federal question

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

The Commerce Clause refers to Article 1, Section 8, Clause 3 of the U.S. Constitution

We the Carrolls Leonard and Stephanie Carroll's coming before this "district court of the United States" have original jurisdiction, exclusive of the courts of the States, of all offenses against the laws of the United States having jurisdiction of the courts of the several States under the laws thereof, as I  am identified in common language as a Consumer/John Q Public when dealing with a form of business professional services ."

Whereas under your bar bylaws this Court is identified as a Article III under the federal Constitution as defined in Article 1 section 8 clause 9 to be an Article III Constitutional Court.

As such this Court is required to enforce and uphold the Bar Charter upon the defendants or be in breach yourself for failing to uphold your agreement. Any dismissal by this Court can and will be admission to the vested interest and willful violation of your sworn obligations to maintain the bylaws of the bar agreement and your Article III standing now that we are aware of your bylaws.

Whereas all Court makes this a demand requirement membership to practice before all Courts, to belong to these Association before coming before all Courts, "A" valid License will be a requirement to enter this Court action no exceptions by the defendants' legal representatives and valid license for the defendants for proof of practice.

As a Judge you are required under Article III to address the behaviour of your attorneys when misconduct has been pointed out.

As 28 U.S.C. 455 given you as a judge a means of walking off the bench do to conflict of interest as you hold membership to one or all of the defendants Association and  under 28 U.S.C. 453 clearly state you are to be impartial no matter who it maybe this Court is now

3

between the Bar bylaws and your Oath to the Consumer the American people if you uphold the bylaws your duty to the Consumer under the Article III will be upheld.

Either we have rules and ethics and laws to be followed and when misconduct is pointed out and breach of oath is pointed out breach of job and duties is pointed out and under your own Association Bylaws are breached by the attorneys either hold your own accountability or closed the courts as their is "No Justices" just Monopoly and absolute corruption.

Whereas the Bars Associations are named as defendants it's the fact that their bylaws and constitutions are willful violation by the contractors under a sworn oath to abide by these contract agreements and to uphold Constitutional protected rights.

Below is every day common language used by the John Q Public and the Consumer.

### Definitions of Common Understandable Language

### John Q. Public

"In the United States, the term John Q. Public is used by law enforcement officers to refer to an individual with no criminal bent, as opposed to terms like perp (short for perpetrator) or skell to qualify unsavory individuals."

### Consumer

"In a legal context, a "consumer" is typically defined as an individual who buys goods or services for personal, family, or household use, and not for resale or commercial purposes. This definition is often used in consumer protection laws and regulations, which aim to protect individuals from unfair or misleading business practices"

4

### Professional Service Provider

"A "professional service provider" legally refers to an individual or entity offering specialized services requiring particular knowledge, training, or expertise, often involving intellectual skills and intellectual training. These providers are distinct from those offering general or technical services. "

### Professional Corporation

"A professional corporation (PC) is a type of business structure specifically designed for licensed professionals to provide services, like doctors, lawyers, or accountants. It's a corporation, but it's not just any corporation; it's regulated by state laws and often requires that ownership be limited to licensed professionals in the same field"

### Membership to Private Franchise

"A special privilege to do certain things that is conferred by government on an individual or a corporation and which does not belong to citizens generally of common right,"

### NON-Government Entity( U.S. Department of Justice )
### https://www.state.gov/bureau-of-democracy-human-rights-and-labor/releases/2025/01/non-governmental-organizations-ngos-in-the-united-states

The United States firmly believes that a robust civil society – independent of state control or government involvement- is necessary for democracy to thrive. From the earliest days of U.S. history, civil society organizations have played a key role in protecting human rights and advancing human progress. Civil society is a source of all-encompassing ideas, promoting everything from transparency and free expression, reversing inequality, and rescuing our environment.

### Private Contractors

5

A private contractor, also known as an independent contractor, is a self-employed individual or business that provides services to clients or businesses on a contractual basis.

### Liability of the Contractor:

- Negligence: Contractors can be held liable for damages or injuries caused by their negligence or the negligence of their employees while performing work.
- Breach of Contract: Contractors can be liable for not fulfilling their contractual obligations, such as failing to complete the work on time or to the agreed-upon standards.
- Professional Liability: For contractors providing professional services (e.g., consultants, architects), they can be held liable for errors or omissions in their work that cause financial loss to the client, often covered by professional liability insurance (also known as errors and omissions insurance)

### ILL WILL

Ill will is unfriendly or hostile feelings that you have <u>toward</u> someone.

### BY A

It can also indicate the legal basis for an action, like "by a court order"

to be in a very dangerous situation or state **:** to be very close to death, failure,

### Forethought

"careful consideration of what will be necessary or may happen in the future"

### Malice

"<u>intent</u> to commit an unlawful act or cause harm without legal justification or excuse; ruined her reputation and did it with *malice*"

### NON-Government Entity

### Constitutional Requirements Within Rules Under Bylaws

### Professional Corporation

The American Bar Association (ABA) does not have a single charter or set of rules in the same way a corporation does. However, the ABA operates under a Constitution and Bylaws and the Model Rules of Professional Conduct. These documents outline the ABA's structure,

6

membership requirements, and ethical standards for lawyers. The ABA also has specific standards and rules for law schools, such as the <u>ABA Standards and Rules of Procedure for Approval of Law Schools</u>.


## ABA
## THE CONSTITUTION 1

Article 1. Name and Purposes

§1.1 Name. The name of this association is the American Bar Association.

§1.2 Purposes. The purposes of the Association are to **uphold and defend the Constitution of the United States** and maintain representative government; to advance the science of jurisprudence; to promote throughout the nation the administration of justice and the uniformity of legislation and of judicial decisions; to uphold the honor of the profession of law; to apply the knowledge and experience of the profession to the promotion of the public good; to encourage cordial intercourse among the members of the American bar; and to correlate and promote the activities of the bar organizations in the nation within these purposes and in the interests of the profession and of the public.

**The Federal Bar Association and Federal Bar**

The Federal Bar Association (FBA), founded in 1920, is dedicated to the advancement of the science of jurisprudence and to promoting the welfare, interests, education, and professional development of all attorneys involved in federal law. Our members run the gamut of federal practice: attorneys practicing in small to large legal firms, attorneys in corporations and federal agencies, and members of the judiciary. The FBA is the catalyst for communication between the bar and the bench, as well as the private and public sectors.

Any judge of the Federal courts established under **Article III of the Constitution** of the United States, any United States Bankruptcy Judge, any United States Magistrate Judge, any United States Immigration Judge, and any judge of a Federal court established under **Article I of the Constitution of the United States** who is nominated by the President and

7

confirmed by the Senate shall be offered honorary membership in the Association. Such membership shall continue so long as the Judge serves in active, senior, or retired status.

### 36 U.S. Code § 70503 – Membership

**(a)Members.—**The members of the corporation are—

**(1)**the members of the National Council of the Federal Bar Association, a nonprofit corporation incorporated in the District of Columbia, during their term of membership on that Council; and

**(2)**other individuals the corporation provides for in the bylaws or otherwise.

**(b)Voting.—**Each member has one vote on each matter submitted to a vote of the members.

**(c)Grounds for Disqualification.—**An individual may not be a member, director, or officer of the corporation if the individual—

**(1)**is a member of, or advocates the principles of, an organization believing in, or working for, the overthrow of the United States Government by force or violence; or

**(2) refuses to uphold and defend the Constitution of the United States.**

### Constitution, Bylaws and Rules and Regulations of the West Virginia State Bar

### Bylaw 2.07 Judicial members

(a) Every Judge of a Court of Record of this State shall be enrolled as a judicial member during their time in office. Every United States Circuit Judge appointed pursuant to **Article III of the United States Constitution** to serve as a judge of the Fourth Circuit Court of Appeals who is a resident of West Virginia at the time of appointment shall be enrolled as a judicial member. Every United States District Judge appointed pursuant to **Article III of the United States Constitution** to serve in a West Virginia district court shall be enrolled as a judicial member. Every United States Bankruptcy Judge appointed to serve in a West Virginia bankruptcy court shall be enrolled as a judicial member during the term of their appointment, or, if retired, during any period in which they have been duly recalled for service. Every United States Magistrate Judge appointed to serve in a West Virginia district court shall be enrolled as a judicial member during the term of their appointment, or if retired, during any period in which they have been duly recalled for service.

### Article 2 Members

### Bylaw 2.01 Classes of members

8

Once admitted to the practice of law in West Virginia by taking the required oath (or affirmation), all attorneys are required to be enrolled as members of the West Virginia State Bar. The members of the West Virginia State Bar shall be divided into the following classes: (a) active members; (b) active non-practicing members; (c) inactive members; (d) judicial members; (e) emeritus pro bono members; (f) suspended members; (g) disbarred members; and (h) resigned members. State Bar membership is separate and distinct from the admission to the practice of law in West Virginia.

### Private Contractors

### MEMBERS OF THE BAR AND ASSOCIATION

### Professional Service Provider

The Courts themselves have allowed the unauthorized practice of law by member of the Bar who have no license to come before the Court.

The Court itself has allowed this authorized practice of the Bar members while restricting the party to represent themselves for failing to have what members of the association cannot produce or provide on the record.

Two County Judges has allowed this before the Court in order to cover up the stealing of property without a due process hearing and wrongful parties named in the action..

1. Attorney and Law firm ASHLEY HARDESTY ODELL , MCGUIREWOOD LLP ,  WOODROW "BUDDY" TURNER, BOWL RICE LLP, STEPTOE & JOHNSON PLLC

being a member of the Association and Bar did with full understanding of the Bylaws and knowing the Rules of professional Conduct of their Association's and being under a Court admission oath to practice did with forethought and malice came before the Court without a license and did practice in violation of the Association and Bar bylaws.

9

2. Attorney and Law firm ASHLEY HARDESTY ODELL , MCGUIREWOOD LLP , WOODROW "BUDDY" TURNER, BOWL RICE LLP, STEPTOE & JOHNSON PLLC

being a member of the Association and Bar knowing the Rule of Professional Conduct and the Bylaws being required to upholding the Constitution did set out with forethought and malice did disregard the Constitution and did fail to defend and support under a sworn oath as defined in the Bylaws and under their sworn Oath.

3 Attorney and Law firm ASHLEY HARDESTY ODELL , MCGUIREWOOD LLP , WOODROW "BUDDY" TURNER, BOWL RICE LLP, STEPTOE & JOHNSON PLLC

being a member of the Association and Bar knowing the Rule of Professional Conduct and the Bylaws being required to upholding the Constitution did set out with forethought and malice did willfully commit waste, abuse and fraud by misuse of taxpayer funds by and through the misuse of the court system.

4. Attorney and Law firm ASHLEY HARDESTY ODELL , MCGUIREWOOD LLP , WOODROW "BUBBY "TURNER, BOWL RICE LLP, STEPTOE & JOHNSON PLLC

being a member of the Association and Bar knowing the Professional Rules of Conduct and the Bylaws did set out with forethought and malice knowingly did violate 8.4 of the Rules of Professional Conduct

5. Attorney and Law firm ASHLEY HARDESTY ODELL , MCGUIREWOOD LLP , WOODROW BUBBY TURNER, BOWL RICE LLP, STEPTOE & JOHNSON PLLC

being a member of the Association and Bar knowing the Professional Rules of Conduct and the Bylaws did set out with forethought and malice to aid and abet wrongful prosecution in

10

violation of Rule 5.1 instead or correcting the wrongful prosecution under good ethical conduct.

6. Attorney and Law firm ASHLEY HARDESTY ODELL , MCGUIREWOOD LLP , WOODROW "BUDDY" TURNER, BOWL RICE LLP, STEPTOE & JOHNSON PLLC

being a member of the Association and Bar knowing the Professional Rules of Conduct and the Bylaws did set out with forethought and malice to misrepresent the Professional Rules of Conduct the Bylaw by breaching the contractual foundation of the Association thereby violating  the public trust of that Profession.

7. Attorney and Law firm ASHLEY HARDESTY ODELL , MCGUIREWOOD LLP , WOODROW "BUDDY" TURNER, BOWL RICE LLP, STEPTOE & JOHNSON PLLC

being a member of the Association and Bar knowing the Professional Rules of Conduct and the Bylaws did set out with forethought and malice did enter the Court with full understanding and knowledge and with **"ILL Will"** did come with willful intent to practice deceitful practices before the "district court" and John Q. Public to cause waste, abuse and fraud of the Consumer and John Q. Public funds that would otherwise be used for honest service.

### BY LAWS 8.4 of the Rules of Professional Conduct

(a) violate or attempt to violate the Rules of Professional Conduct, knowingly assist or induce another to do so, or do so through the acts of another;

(b) commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects;

(c) engage in conduct involving dishonesty, fraud, deceit or misrepresentation;

(d) engage in conduct that is prejudicial to the administration of justice;

11

**By Laws Rule 5.1: Responsibilities of Partners, Managers, and Supervisory Lawyers**

*Law Firms And Associations*

(a) A partner in a law firm, and a lawyer who individually or together with other lawyers possesses comparable managerial authority in a law firm, shall make reasonable efforts to ensure that the firm has in effect measures giving reasonable assurance that all lawyers in the firm conform to the Rules of Professional Conduct.

(b) A lawyer having direct supervisory authority over another lawyer shall make reasonable efforts to ensure that the other lawyer conforms to the Rules of Professional Conduct.

(c) A lawyer shall be responsible for another lawyer's violation of the Rules of Professional Conduct if:

(1) the lawyer orders or, with knowledge of the specific conduct, ratifies the conduct involved; or

(2) the lawyer is a partner or has comparable managerial authority in the law firm in which the other lawyer practices, or has direct supervisory authority over the other lawyer, and knows of the conduct at a time when its consequences can be avoided or mitigated but fails to take reasonable remedial action.

**Membership to Private Franchise**

The defendants and their Representative by having total control over the Courtroom setting, has deprived this Plaintiff, the consumer and John Q. Public of honest service by running sham courtroom settings with intent to overthrow protected Rights under 18 U.S.C. 1346

18 U.S.C. § 1346 defines "scheme or artifice to defraud" as including a scheme or artifice to deprive another of the intangible right of honest services. This section is part of Title 18 of the United States Code, which deals with crimes and criminal procedure. It's used to expand the reach of federal mail fraud and wire fraud statutes to cover cases involving the deprivation of honest services.

The Defendants and their Representative as "Professional Service Provider" using their Membership Private Franchise under the disgust of Professional Corporation

12

umbrella to violate 15 USC 1-7 to run a monopoly and has been able to override the Constitution and scam John Q. Public out of untold taxpayer funds for self-enrichment while their "Defendants / Consumer" loses their Rights, Property, life, liberty, Children and even put to death all at the expense of John Q. Public.

### DEMANDS

The Defendants and their Representative under the "Professional Corporation" who issue the license will be required to provide a valid license of ALL of the Professional Servicer Provider Defendants in this case along with the license of the Professional Service Provider Representative in this case.

Whereas John Q. Public and the Consumer are the payees for all of the Professional Service this Now makes a **'Public Consumer Interest'** under waste, abuse and fraud under the **"whistleblower statutes" 31 USC 3729 False claims** and Allow for the use of a Private Attorney General as a non-bar member to act on behalf under **42 USC 1988 Proceedings in vindication of civil rights**

### Conclusion

Whereas being a Judge you are a former Professional Service Provider  and member of the Association and whereas the Bar rules Bylaw defines you as a Judge under Article III or Article I under the U.S. Constitution but also you come under Article VI under a sworn Oath to the Constitution and the 14th amendment and subject too section 2, 3 and 4 especially of these amendments to the U.S.  Constitution.

13

28 U.S.C. 455 as a former member provides a means to disqualify yourself if you are unable under 28 U.S.C 453 Oath of justices to be fair and impartial.

Any return of proper service under Rule 4 and rule 5 will be a willful default under refusal of a lawful summons.

### 18 U.S. Code § 4 - Misprision of felony

Whoever, having knowledge of the actual commission of a felony cognizable **by a court of the United States,** conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

### PENALTY
### Liability of the Contractor:

Negligence: Contractors can be held liable for damages or injuries caused by their negligence or the negligence of their employees while performing work.

Breach of Contract: Contractors can be liable for not fulfilling their contractual obligations, such as failing to complete the work on time or to the agreed-upon standards.

Professional Liability: For contractors providing professional services (e.g., consultants, architects), they can be held liable for errors or omissions in their work that cause financial loss to the client, often covered by professional liability insurance (also known as errors and omissions insurance)

Leonard Carroll _____ Date: 6/10/25
1213 cash Valley Road,
Eglon, W.V. 26716

Stephanie Carroll    *Stephanie Carroll*    Date: 6/10/25

14

1213 cash Valley Road,
Eglon, W.V. 26716

MAIL SERVICE DATE

I, Leornard & Stephanie Carroll on this date in the year 2025 in the month of June on

this date of _____ mailing to be filed with the Clerk of Court as date of service on the Court

recorded  and other by USPS delivery.

Leonard Carroll _____ Date: 6/10/25
1213 cash Valley Road,
Eglon, W.V. 26716

Stephanie Carroll _____ Date: 6/10/25
1213 cash Valley Road,
Eglon, W.V. 26716

cc

AMERICAN BAR ASSOCIATION
1050 Connecticut Ave. N.W. 400, Suite
Washington, D.C. 20036.

FEDERAL BAR ASSOCIATION
4250 N. Fairfax Dr., Suite 301
Arlington, VA 22203

WEST VIRGINA BAR ASSOCIATION
2000 DEITRICK BLVD.
CHARLESTON, WV 25311

FEDERAL BAR
3005 Lamar BLVD STE D109 #402
Austin, TX 78704-8864

SUPREME COURT OF APPEALS OF WEST VIRGINA
WEST VIRGINA  STATE BAR ASSOCIATION
WV Judicial Tower, 4700 MacCorkle Ave, SE,
9th Floor, Charleston, WV 25304.

15

ASHLEY HARDESTY ODELL
1000 SWISS PINE WAY
SUITE 200
MORGANTOWN, W.V. 26507-1616

STEPTOE & JOHNSON PLLC
1000 SWISS PINE WAY, ,
SUITE 200
MORGANTOWN, W.V 26507-1616

BOWL RICE LLP
125 GRANVILLE SQUARE
SUITE 400
MORGANTOWN, WV 26505

WOODROW "BUDDY" TURNER
GAYDOS AND TURNER PLLC
17460 VETERANS MEMORIAL HIGHWAY RT.7
KINGWOODS, WEST VIRGINIA 26537

MCGUIREWOOD LLP
GATEWAY PLAZA
800 EAST CANAL STREET
RICHMOND, VA 23219-3916

ADMINISTRATIVE SIDES

President DONALD J. TRUMP
1600 Pennsylvania Ave NW
Washington DC 20500

Attorney General Pam Bondi
Dept. Of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Kristi Noem Secretary of Homeland Security
500 12th Street SW
Washington, DC 20528

16

Secretary of Defense Pete Hegseth
1000 Defense Pentagon
Washington DC 20301-1000

Stephen Miller
White House Deputy Chief of Staff
1600 Pennsylvania Ave NW
Washington DC 20500

Vice Admiral Christopher C. French JAG
1322 Patterson Ave., Suite 3000
Washington Navy Yard, DC 20374-5066

17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Leonard Carroll & Stephanie Carroll

1213 Cash Valley Road

Eglon

West Virginia, 26716

Plaintiff,

v.

Steptoe and Johnson PLLC et,al                Civil Action No.: 1:25cv53

1000 Swiss Pine Way

Suite 200

Morgantown, West Virginia 26501

Defendant(s)

Certificate of Service

I, Leonard & Stephanie Carroll, appearing pro se, hereby certify that I here served the foregoing, (Commerce and Consumer Fraud) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 6.9.2025.

*(List name and address of counsel for defendant(s))*

Leonard & Stephanie Carroll
*(sign your name)*